UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DENISE YOUNG,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, et al.,**<br><br>　　　　Defendants. | No. 22-7452 (KM)(CLW)<br><br>ORDER |

**THIS MATTER** having come before the Court on the Report and Recommendation ("R&R") (DE 12) of the Honorable Cathy L. Waldor, United States Magistrate Judge, recommending that plaintiff's motion to remand the matter to the Superior Court of New Jersey (DE 5) be denied;

**AND IT APPEARING** that no party has filed an objection to the R&R;

**AND IT FURTHER APPEARING** that the Court, having considered all the foregoing and reviewed *de novo* the Magistrate Judge's R&R, finds no clear error of fact, abuse of discretion, or error of law, and agrees with Judge Waldor's well-reasoned analysis;

**AND THE COURT** having decided the matter without oral argument; for good cause shown, and for the reasons stated in the R&R:

**IT IS** this 10th day of August, 2023

**ORDERED** that Judge Waldor's Report and Recommendation (DE 12) is **ADOPTED**; and it is further

**ORDERED** that plaintiff's motion to remand (DE 5) is **DENIED**.

/s/ Kevin McNulty
_____
**Hon. Kevin McNulty**
**United States District Judge**